# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Russell Crumley, *also known as* Russell B. Crumley, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Chuck Wright, *Sheriff*, B. Lanford, *4326-1360*, ) <br> Dr. Marvin McDonald, *MD*, ) <br> ) <br> Defendants. ) <br> ──────────────────────────── ) | C/A No. 0:17-02294-JMC <br><br><br> **ORDER** |

      Plaintiff, Russell Crumley, a *pro se* state pretrial detainee, filed this civil rights action. (ECF No. 1.) By orders dated September 6, 2017 and September 26, 2017, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (ECF Nos. 5 & 11.) However, Plaintiff did not receive the second order, as it was returned to the court as undeliverable mail and marked "not here." (ECF No. 13.) Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Accordingly, the case is **dismissed,** *without prejudice*, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

      **IT IS SO ORDERED**.

                                                                                   United States District Judge

February 7, 2018
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.